STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. PATRICK
JAMES POWELL, DEFENDANT-RESPONDENT.

Argued September 10, 1984—Decided September 27, 1984.

*Steven J. Kaflowitz,* Assistant Prosecutor, argued the cause
for appellant (*John H. Stamler,* Union County Prosecutor,
attorney; *Brian D. Gillet,* Assistant Prosecutor, of counsel and
on the brief).

*Edward P. Hannigan,* Assistant Deputy Public Defender,
argued the cause for respondent (*Joseph H. Rodriguez,* Public
Defender, attorney).

*Patricia E. Stern,* Deputy Attorney General, argued the
cause for *amicus curiae* Attorney General (*Irwin I. Kimmelman,* Attorney General of New Jersey, attorney; *Linda J.*

*Wharton* and *Allan J. Nodes,* Deputy Attorneys General, of counsel; *Linda J. Wharton,* on the brief).

PER CURIAM.

The judgment of the Appellate Division is reversed, substantially for the reasons expressed in the dissenting opinion of Judge Shebell, reported at 197 *N.J.Super.* 191, 194 (1983).

*For reversal* —Chief Justice WILENTZ, and Justices CLIFFORD, SCHREIBER, HANDLER, POLLOCK, O'HERN and GARIBALDI—7.

*For affirmance* —none.